South East National Bank of Chicago, appellee, v. Board of Education of City of Chicago et al. Charles B. Scoville, Jr., trustee of estate of Charles B. Scoville, deceased, appellee, v. Board of Education of City of Chicago et al.
John W. Tauchen, appellant. Gen. No. 40,353.
Ralph A. Levin, appellant. Gen. No. 40,354.
Commerce Trust Company et al., appellants. Gen. No. 40,355.
Chicago City Bank & Trust Company et al., appellants. Gen. No. 40,356.

Opinion filed December 30, 1938.

Poppenhusen, Johnston, Thompson & Raymond and D'Ancona, Pflaum & Kohlsaat, for appellants John W. Tauchen and Ralph A. Levin; Edward R. Johnston and Albert E. Jenner, Jr., of counsel. McGilvray, Vaughan, Tilley & Humphrey, for appellants Commerce Trust Co. et al. Rathje, Hinckley, Barnard & Kulp, for appellants Chicago City Bank and Trust Co. et al.; Frances E. Hinckley, of counsel. Joseph Sullivan, Mayer Goldberg and Benton Atwood, for certain appellee. William A. Rogan and Joseph A. Ricker, for certain other appellee.
Mr. Presiding Justice Burke delivered the opinion of the court.

Joseph Bronarczyk, executor of estate of Robert Karlo, deceased, appellee, v. Prudential Insurance Company of America, appellant. Gen. No. 40,129.

Opinion filed December 30, 1938.

Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and William S. Allen, of counsel. Hubbard, Baker and Rice, for appellee; Corrinne L. Rice and Marcellus N. Joslyn, of counsel.
Mr. Justice Friend delivered the opinion of the court.

People of the State of Illinois, appellant, v. Patrick P. Dwyer, appellee. Gen. No. 40,366.

Opinion filed December 30, 1938.

Otto Kerner, Attorney General, and Thomas J. Courtney, State's Attorney, for appellant; Joseph B. Munizzo, Assistant Attorney General, and Edward E. Wilson and Amos P. Scruggs, Assistants State's Attorneys, of counsel. James M. Burke and Gene J. Giacomelli, for appellee.
Mr. Justice Friend delivered the opinion of the court.